No. 150. EUGENE W. MORAN, PLAINTIFF IN ERROR, *v.* CENTRAL RAILROAD COMPANY OF NEW JERSEY. In error to the Court of Errors and Appeals of the State of New Jersey. Submitted November 5, 1917. Decided November 12, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago, Burlington & Quincy R. R. Co. v. Harrington,* 241 U. S. 177; *Lehigh Valley R. R. Co. v. Barlow,* 244 U. S. 183. *Mr. Frank M. Hardenbrook* for plaintiff in error. *Mr. Charles E. Miller* for defendant in error.

———

No. 350. HELEN BELL, AS ADMINISTRATRIX OF GEORGE BELL, DECEASED, PLAINTIFF IN ERROR, *v.* CHESAPEAKE & OHIO RAILWAY COMPANY. In error to the Court of Appeals of the State of Kentucky. Motion to dismiss or affirm or place on summary docket submitted November 5, 1917. Decided November 12, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction Ry. Co. v. King,* 222 U. S. 222; *Seaboard Air Line Ry. v. Padgett,* 236 U. S. 668; *Baltimore & Ohio R. R. Co. v. Whitacre,* 242 U. S. 169. *Mr. Alan D. Cole* for plaintiff in error. *Mr. E. L. Worthington, Mr. W. D. Cochran* and *Mr. LeWright Browning* for defendant in error.